# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rau, Steven E. | US District Court - District Court of Minnesota | 04/16/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - full-time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

316 North Robert St
Suite 334
St. Paul, MN 55101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 04/16/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 04/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. UGMA - ▮▮▮▮ | | | | | | | | | |
| 2. AT&T Inc | A | Dividend | J | T | | | | | |
| 3. Apple, Inc. | A | Dividend | J | T | | | | | |
| 4. Eagle Capital Appreciation Class C | | None | J | T | | | | | |
| 5. | | | | | | | | | |
| 6. UGMA-Edward | | | | | | | | | |
| 7. Alliance Bernstein Core Opportunities Fund Class C ADGCX | | None | J | T | | | | | |
| 8. Eagle Capital Appreciation Class C | | None | J | T | | | | | |
| 9. | | | | | | | | | |
| 10. IRA - Steve | | | | | | | | | |
| 11. Berkshire Hathaway | | | | | Sold | 10/3/13 | K | D | |
| 12. Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 13. Celgene Corp | | None | | | Sold | 10/3/13 | J | D | |
| 14. Coach | A | Dividend | | | Buy | 4/26/13 | J | | |
| 15. Coach | | None | | | Sold | 10/3/13 | J | A | |
| 16. Coca-Cola Company | A | Dividend | | | Buy | 04/26/13 | J | | |
| 17. Coca-Cola Company | | None | | | Sold | 10/3/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 04/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Health Care Reit, Inc. HCN | | None | | | Sold | 10/3/13 | J | A | |
| 19. Ishares S&P Midcap-IJK | | None | | | Sold | 10/3/13 | J | A | |
| 20. Ishares Tr-Russell-IWM | | None | | | Sold (part) | 9/26/13 | J | B | |
| 21. Ishares Tr-Russell-IWM | | None | | | Sold | 10/3/13 | J | B | |
| 22. Ishares S&P Global Tech Sector - IXN | A | Dividend | | | Buy | 5/23/13 | K | | |
| 23. Ishares S&P Global Tech Sector - IXN | | None | | | Sold | 10/3/13 | K | A | |
| 24. Kinder Morgan Mgmt LLC-KMR | | None | | | Sold | 10/3/13 | J | A | |
| 25. Mainstay High Yield Fund-MHUIX | | None | | | Sold | 10/3/13 | J | A | |
| 26. Nustar GP Holdings LLC | | None | | | Sold | 10/3/13 | J | A | |
| 27. Oppenheimer Dev Markets Class Y-ODVYX | A | Dividend | | | Buy (add'l) | 6/13/13 | J | | |
| 28. Oppenheimer Dev Markets Class Y-ODVYX | | None | | | Sold | 10/3/13 | K | E | |
| 29. Penn West Petroleum LTD | | None | | | Sold | 6/12/13 | J | A | |
| 30. Plum Creek Timber Co Inc | A | Dividend | | | Sold (part) | 4/26/13 | J | A | |
| 31. Plum Creek Timber Co Inc | | None | | | Sold | 10/3/13 | J | A | |
| 32. Powershares DB ETF Commodity Index Tracking Fund | | None | | | Sold | 4/26/13 | J | A | |
| 33. Templeton Funds Income Tr Glb Bd Advisor | | None | | | Sold | 10/3/13 | J | A | |
| 34. Wells Fargo Fund Tr Short Term High Yield | A | Dividend | | | Sold (part) | 4/26/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 04/16/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Wells Fargo Fund Tr Short Term High Yield | | None | | | Sold | 10/3/13 | M | A | |
| 36. | | | | | | | | | |
| 37. Meuers - IRA | | | | | | | | | |
| 38. Abbott Laboratories | | None | | | Sold | 4/26/13 | J | C | |
| 39. Abbvie (spinoff from Abbott) | A | Dividend | J | T | | | | | |
| 40. Amgen Inc. | A | Dividend | J | T | | | | | |
| 41. AT&T Inc. | A | Dividend | J | T | | | | | |
| 42. Berkshire Hathaway | B | None | J | T | Buy | 6/13/13 | J | | |
| 43. Bristol Meyers Squibb | A | Dividend | K | T | | | | | |
| 44. Celgene Corp | | None | K | T | | | | | |
| 45. Chevron Corporation | A | Dividend | J | T | Buy (add'l) | 6/13/13 | J | | |
| 46. Coach | A | Dividend | J | T | Buy | 4/26/13 | J | | |
| 47. Coca-Cola | A | Dividend | J | T | Buy | 4/26/13 | J | | |
| 48. Danaher Corp | A | Dividend | J | T | | | | | |
| 49. Morgan Stanley - MSD | A | Dividend | K | T | | | | | |
| 50. Morgan Stanley Emg Mkt debt -EDD | B | Int./Div. | J | T | Buy | 6/13/13 | J | | |
| 51. Exxon Mobil Corp | A | Dividend | K | T | Buy (add'l) | 4/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 04/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. General Electric Company | A | Dividend | J | T | | | | | |
| 53. Heinz HJ Co Common - went private | A | Dividend | | | Redeemed | 4/26/13 | K | D | |
| 54. Intel Corp | A | Dividend | J | T | | | | | |
| 55. Inernational Business Machine Corp | A | Dividend | J | T | | | | | |
| 56. Ishares Tr MSCI ETF | A | Dividend | K | T | | | | | |
| 57. Ishares Global Tech - IXN | A | Dividend | J | T | Buy | 6/13/13 | J | | |
| 58. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 59. Kinder Morgan | A | Dividend | K | T | | | | | |
| 60. Eli Lilly & Co | A | Dividend | J | T | | | | | |
| 61. Merck & Co Inc. | A | Dividend | K | T | | | | | |
| 62. Mainstay Fd High Yield | B | Dividend | K | T | | | | | |
| 63. Microsoft Corp | A | Dividend | J | T | | | | | |
| 64. Novartis AG | A | Dividend | J | T | Sold (part) | 4/26/13 | J | A | |
| 65. Nustar GP Holdings LLC | A | Dividend | J | T | | | | | |
| 66. Oppenheimer Dev Markets-ODVYX | A | Dividend | K | T | | | | | |
| 67. Penn West Petroleum LTD | A | Dividend | | | Sold | 6/13/13 | J | A | |
| 68. Pepsico Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 04/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Plum Creek Timber Co Inc | A | Dividend | J | T | Sold (part) | 4/26/13 | J | A | |
| 70. Target Corp | A | Dividend | K | T | Buy | 6/13/13 | J | | |
| 71. Templeton Funds - TGBAX | A | Dividend | J | T | | | | | |
| 72. 3M | A | Dividend | J | T | | | | | |
| 73. Total S A Sponsored ADR TOT | A | Dividend | K | T | Buy (add'l) | 6/13/13 | J | | |
| 74. United Technologies Corp | A | Dividend | J | T | | | | | |
| 75. Vodafone Group Plc | A | Dividend | | | Sold | 4/26/13 | J | B | |
| 76. Wells Fargo Fds Tr-WDHYX | B | Dividend | L | T | Buy (add'l) | 6/13/13 | J | | |
| 77. Wells Fargo Advantage-SCVIX | A | Dividend | K | T | | | | | |
| 78. WGL Holdings Inc-WGL | A | Dividend | J | T | | | | | |
| 79. Zimmer Holdings Inc. | A | Dividend | | | Sold | 4/26/13 | J | A | |
| 80. Chambers Street Properties (formerly CB Richard Ellis) | A | Int./Div. | J | T | | | | | |
| 81. Lehman Brothers Holdings Global Nots | A | Int./Div. | J | T | | | | | |
| 82. Merrill Lynch & Co Medium Term Notes | A | Int./Div. | | | Redeemed | 4/25/13 | J | A | |
| 83. ING Group NV 7.375% Pfd | A | Int./Div. | J | T | | | | | |
| 84. Wells Fargo Capital Preferred (7.875%) | B | Dividend | | | Redeemed | 3/15/13 | J | | |
| 85. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 04/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Alliance Berstein 529 Growth C | | None | M | T | | | | | |
| 87. Tiger Building LP Note | C | Int./Div. | K | U | | | | | |
| 88. | | | | | | | | | |
| 89. Meuers/Rau Joint Account | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. Abbvie (spinoff from Abbott) | A | Dividend | K | T | Buy | 4/26/13 | J | | |
| 92. Abbott Laboratories -ABT | A | Dividend | | | Sold | 4/26/13 | J | A | |
| 93. Aflac Inc-AFL | A | Dividend | J | T | | | | | |
| 94. American Electric Power Inc-AEP | A | Dividend | J | T | | | | | |
| 95. AT&T-Inc-T | A | Dividend | J | T | | | | | |
| 96. Bristol Myers Squibb-BMY | A | Dividend | K | T | | | | | |
| 97. Chevron Corporation-CVX | A | Dividend | J | T | | | | | |
| 98. Coach | A | Distribution | | | Buy | 4/26/13 | J | | |
| 99. Coach | A | Dividend | | | Sold | 10/3/13 | J | A | |
| 100. Coca-Cola Company | A | Dividend | J | T | Buy | 4/26/13 | | | |
| 101. Coca-Cola Company | A | Dividend | | | Sold | 10/3/13 | J | A | |
| 102. Exxon | A | Dividend | | | Buy | 4/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Exxon | A | Dividend | | | Sold | 10/3/13 | J | A | |
| 104. Health Care Reit, Inc -HCN | A | Dividend | J | T | | | | | |
| 105. Heinz HJ Co Common-HNZ (company went private) | A | Dividend | | | Redeemed | 4/26/13 | J | C | |
| 106. Intel Corp-INTC | A | Dividend | J | T | | | | | |
| 107. International Business Maching Corp-IBM | A | Dividend | K | T | Buy | 4/26/13 | J | | |
| 108. Johnson & Johnson-JNJ | A | Dividend | K | T | Buy | 4/26/13 | J | | |
| 109. Kimberly Clark Corp - KMB | A | Dividend | | | Sold | 4/26/13 | K | D | |
| 110. Merck & Co Inc -MRK | A | Dividend | K | T | Buy | 4/26/13 | J | | |
| 111. Novartis AG Spon ADR-NVS | A | Dividend | J | T | | | | | |
| 112. Pepsico Inc-PEP | A | Dividend | J | T | | | | | |
| 113. Target Corp-TGT | A | Dividend | J | T | | | | | |
| 114. Total S.A. Spons ADR-TOT | A | Dividend | | | Sold | 10/3/13 | J | A | |
| 115. United Techonologies Corp-UTX | A | Dividend | J | T | | | | | |
| 116. Wells Fargo Company-WFC | A | Dividend | K | T | Sold (part) | 1/30/13 | K | D | |
| 117. WGL Holdings Inc-WGL | A | Dividend | J | T | | | | | |
| 118. Wells Fargo FDS TR-NMTFX | C | Dividend | M | T | Buy (add'l) | 4/18/13 | J | | |
| 119. Wells Fargo FDS TR-NMTFX | C | Dividend | M | T | Buy (add'l) | 3/20/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 04/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Wells Fargo FDS TR)NMTFX | C | Dividend | M | T | Buy | 5/22/13 | K | | |
| 121. Wells Fargo FDS TR-NMTFX | C | Dividend | | | Sold | 10/3/13 | M | A | |
| 122. Wells Fargo Money Market Fund | A | Int./Div. | O | T | | | | | |
| 123. Wells Fargo Corp Stock | A | Dividend | K | T | | | | | |
| 124. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 04/16/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The investments under the heading [redacted] " on the 2012 report were transferred into an account in only Magistrate Judge Rau's adult daughter's name. It is believed these do not need to be included on his report any longer.

Heinz Co. (lines 53 and 105) went private. As a result, the shares were redeemed to holders.

Abbvie (lines 39 and 91) - Abbott Laboratories spun off part of its company. For every 1 share of Abbott, investors received 1 share of Abbvie

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Steven E. Rau**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544